April 11, 2008

Mr. David M. Curl
Assistant Criminal District Attorney
401 West Belknap St., Justice Center
Fort Worth, TX 76196-0201
Mr. Michael Shawn Matlock
The Matlock Law Firm
307 West 7th Street, Suite 1800
Fort Worth, TX 76102

RE: Case Number: 06-0005
 Court of Appeals Number: 02-04-00029-CV
 Trial Court Number: 323-75999J-03

Style: IN THE MATTER OF H.V.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |